# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Abigail Soto Ramirez,

    Defendant.

Case No. 18-cr-03939-WQH

**JUDGMENT OF DISMISSAL**

FILED JAN 22 2019 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1); 21:853 - Possession with Intent to Distribute Methamphetamine; Criminal Forfeiture
21:841(a)(1),846; 21:853 - Conspiracy to Possess Methamphetamine with Intent to Distribute; Criminal Forfeiture
21:841(a)(1); 18:2 ; 21:853 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture

Dated: 1/17/2019

Hon. William V. Gallo
United States District Judge